COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Alston, Chafin and Senior Judge Haley


COCA-COLA REFRESHMENTS USA, INC.
 AND INDEMNITY INSURANCE COMPANY
 OF NORTH AMERICA
                                                    MEMORANDUM OPINION[*]
v.      Record No. 1471-15-4                            PER CURIAM
                                                      JANUARY 26, 2016
CRAIG THEIMER


          FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

          (David A. Obuchowicz; Midkiff, Muncie & Ross, P.C., on brief), for
          appellants.

          (Robert A. Mordhorst; Locklin & Mordhorst, on brief), for appellee.


        Coca-Cola Refreshments USA, Inc. and Indemnity Insurance Company of North America

(collectively employer) appeal the decision of the Workers' Compensation Commission

(Commission) awarding Craig Theimer (claimant) medical and temporary total disability

benefits for a lower back injury. On appeal, employer argues that the Commission erred when it

(1) attributed claimant's back injury to a "twinge" claimant felt when claimant's testimony and

the medical evidence related the injury to a "pop" felt by claimant when he twisted while

stepping off a ladder; and (2) found that claimant described a compensable accident when

claimant testified the injury occurred when he felt a "pop" in his lower back when he twisted

while stepping off a ladder and failed to identify any increased risk of his employment caused by

the ladder. We have reviewed the record and the Commission's opinion and find that this appeal

is without merit. Accordingly, we affirm for the reasons stated by the Commission in its

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

opinion.  See Theimer v. Coca-Cola Refreshments USA, Inc., JCN VA00001007729 (Aug. 18, 2015).  We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.